UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **GENOA DESIGN INTERNATIONAL LTD** | * * * |
| Plaintiff | * **CIVIL ACTION NO.:** * * |
| v. | * * |
| **SWIFTSHIPS, LLC** | * * |
| Defendant | * * * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

NOW COMES Plaintiff Genoa Design International, Ltd ("Genoa") who files the following Complaint against Defendant Swiftships, LLC ("Swiftships"), and represents as follows:

## PARTIES

1. Plaintiff Genoa is an Ltd. Corporation incorporated in the Province of Newfoundland and Labrador, Canada, with its principal place of business being the Province of Newfoundland and Labrador, Canada.

2. Defendant Swiftships is a Virginia LLC with all members being citizens of Virginia and/or Louisiana, on information and belief. No member of Swiftships is a citizen of Canada.

## JURISDICTION, VENUE, AND WAIVER OF JURY TRIAL

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C § 1332.

4. This Court has personal jurisdiction over Defendant Swiftships because the parties consented to personal jurisdiction in the Commonwealth of Virginia in Article 44.3 of a subcontract entitled Agreement for Services, Agreement No.: 2102-GDI (hereinafter the

1

"Master Service Agreement" or "MSA"), attached hereto as Ex. A, under which this dispute arises.

5. Venue is proper in this District because the parties agreed that any litigation under the MSA must be brought exclusively in a court of competent jurisdiction in Fairfax County, Virginia. Ex. A, Article 44.3.

6. The parties waived their rights to a jury trial. Ex. A, Article 44.3.

## FACTUAL ALLEGATIONS

7. Swiftships and Genoa entered into the MSA effective March 23, 2021 (Ex. A), under which Genoa agreed to provide certain subcontractor services to Swiftships to support Swiftships' work under Swiftships Contract No. N00024-18-C-2401 issued by the U.S. Navy, Naval Sea Systems Command. The MSA was drafted by Swiftships.

8. The services rendered by Genoa included but were not limited to 3-D product modeling services and assistance with responding to the U.S. Navy's comments to Swiftships' equipment removal plan.

9. In contravention of the MSA, Swiftships has failed to pay Genoa amounts due and owing for services rendered.

10. Specifically, in March 2021 and August 2022, Swiftships issued certain purchase orders to Genoa for various services contemplated and requested under the MSA.

11. Upon receipt of the purchase orders, Genoa timely rendered the requested services and invoiced Swiftships for payment.

12. Swiftships has failed to pay for the services requested and rendered and is now substantially delinquent in the payment of invoices due to Genoa under the MSA.

13. As of March 17, 2023, the following invoices remained unpaid:

| Date | Period of billing | Invoice # | PO # | Hours | Invoice Total (USD) | Invoice Total (CAD) |
|---|---|---|---|---|---|---|
| 01-07-2022 | December 2021 | 22-003 | 0019694-1 | 230.5 | 23,280.5 | 29,488.5 |
| 02-09-2022 | January 2022 | 22-017 | 0019694-1 | 308.5 | 31,158.5 | 39,599.3 |
| 03-08-2022 | February 2022 | 22-025 | 0019694-1 | 277.5 | 28,027.5 | 35,735.1 |
| 04-07-2022 | March 2022 | 22-035 | 0019694-1 | 325.5 | 32,875.5 | 41,124.0 |
| 05-12-2022 | April 2022 | 22-049 | 0019694-1 | 281.0 | 28,381.0 | 37,006.0 |
| 06-10-2022 | May 2022 | 22-063 | 0019694-1 | 305.0 | 30,805.0 | 38,949.8 |
| 07-06-2022 | June 2022 | 22-089 | 0019694-1 | 359.0 | 36,259.0 | 46,727.0 |
| 08-08-2022 | July 2022 | 22-097 | 0019694-1 | 375.0 | 37,875.0 | 48,612.6 |
| 10-20-2022 | August 2022 | 22-130 | 0019694-4 | 373.0 | 42,482.0 | 55,107.7 |
| 10-20-2022 | September 2022 | 22-131 | 0019694-4 | 395.0 | 45,425.0 | 61,964.2 |
| 11-15-2022 | October 2022 | 22-135 | 0019694-4 | 608.0 | 69,920.0 | 92,923.7 |
| 12-07-2022 | November 2022 | 22-149 | 0019694-4 | 489.0 | 56,235.0 | 76,805.8 |
| Total | | | | 4,327.0 | 462,724.0 | 604,043.5 |

14. Swiftships since made payment of $54,439.00USD, but approximately $408,285.00USD remains outstanding at this time, without interest.

15. On information and belief, despite being compensated by the U.S. Navy under Swiftships' Contract No. N00024-18-C-2401, Swiftships has refused to pay its subcontractor Genoa, making Swiftships' violation of the MSA particularly egregious.

## CAUSE OF ACTION – BREACH OF CONTRACT

16. Swiftships had legal payment obligations to Genoa under the MSA.

17. Swiftships violated those obligations by failing to pay Genoa the amounts due for services rendered under the MSA.

18. Genoa has incurred substantial monetary damages as a result of Swiftships' breach of the MSA.

## PRAYER FOR RELIEF

Plaintiff Genoa Design International, LLC prays that, after due proceedings are had, the Court enter a monetary judgment against Defendant Swiftships, LLC for all amounts due to Plaintiff plus interest, costs and attorney's fees.

Dated: July 21, 2023 Respectfully Submitted,

*/s/Jeffrey D. Wilson*
Jeffrey A. Hunn (VA Bar No. 45487)
Jeffrey D. Wilson (VA Bar No. 75734)
PENDER & COWARD
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Telephone: (757) 490-6298
Fascimile:  (757) 490-6268
jhunn@PenderCoward.com
jwilson@pendercoward.com

AND

Tarak Anada (#31598) (*pro hac vice* to be filed)
Caroline V. McCaffrey (#39276) (*pro hac vice* to be filed)
JONES WALKER, LLP
201 St. Charles Avenue, Suite 4900
New Orleans, Louisiana  70170-5100
Telephone: 504-582-8760
Facsimile: 504-589-8760
cmccaffrey@joneswalker.com
tanada@joneswalker.com

**Attorneys for Genoa Design International, Ltd.**